IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**MARCUS BARNES,**

    Plaintiff,

v.

**DEKALB COUNTY, et al.,**

    Defendants.

CIVIL ACTION FILE NO.
1:10-CV-0350-JEC

*FILED IN CHAMBERS*
*U.S.D.C. Atlanta*
*JUL 29 2010*
*JAMES N. HATTEN, Clerk*
*By: [signature], Deputy Clerk*

## STIPULATION OF PLAINTIFF'S CONSENT TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY

Plaintiff Marcus Barnes hereby stipulates that he consents and agrees to extend the time for Defendant DeKalb County and Defendant A. J. Campbell to respond to Plaintiff's First Interrogatories and First Requests for Production of Documents up through and including August 9, 2010 in the above-styled action.

Respectfully submitted this 28th day of July 2010.

Consented To:
*s/ Robert D. Ortman*
ROBERT D. ORTMAN
Georgia Bar No. 554911
Attorney for Plaintiff
Law Offices
P. O. Box 724263
Atlanta, Georgia 31139-4263
(404) 512-2925 (phone)
robertortman@gmail.com

DUANE D. PRITCHETT
CHIEF ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 588330

*/s/ Brenda A. Raspberry*
BRENDA A. RASPBERRY
Senior Assistant County Attorney
Georgia Bar No. 595130
Attorneys for Defendants DeKalb County and A. J. Campbell
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, Georgia 30030
(404) 371-3011 (phone)
baraspberry@co.dekalb.ga.us

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUL 29 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

(Approved) (Denied) this 29 day of July, 2010

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE